## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ADRIAN HARDY,<br><br>Defendant. | CASE NO. **1:26CR 019**<br><br>JUDGE DLOTT<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(o)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about January 8, 2026, in the Southern District of Ohio, the defendant, **ADRIAN HARDY**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock 19 9mm semi-automatic pistol modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **ADRIAN HARDY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not

limited to, a Glock 19, 9mm semi-automatic pistol, bearing serial numbers BZBU482 and BVNN810, with any attachments including a machine gun conversion device and any ammunition.

**A TRUE BILL**

/S/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II
UNITED STATES ATTORNEY**

**ASHLEY N. BRUCATO
ASSISTANT UNITED STATES ATTORNEY**

2